Amir Fatir #137010
Bldg. 21, DL10
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

June 13, 2005

Clerk
U.S. District Court
844 King St.
Wilm., DE 19801

RE: Fatir v. Dowty, C.A. No. 95-677-GMS

FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir:

Enclosed you will find a Motion for Dismissal of Counsel and Appointment of New Counsel, Motion for Relief from Judgment or Order and a certificate of service.

Sincerely,
Amir Fatir