IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMIR FATIR, )
   Plaintiff, )
v. ) C.A. No. 95-677-GMS
DOWTY, et. al., )
   Defendants. )

FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR DISMISSAL OF COUNSEL AND APPOINTMENT OF NEW COUNSEL

Comes now, Plaintiff Amir Fatir, pro se, and prays this honorable court to dismiss Edward M. McNally as counsel of record and to appoint new counsel in the above captioned case.

Plaintiff has no confidence in Mr. McNally who promised to represent Plaintiff before the Pardon Board, but has failed to do so.

Mr. McNally has answered only one letter from Plaintiff after Plaintiff was, in retaliatory fashion, placed in SHU Supermax from Dec. 2004 till the present.

Mr. McNally has expressed reluctance to continue to represent Plaintiff.

Mr. McNally sabotaged Plaintiff's case against Defendants.

Respectfully submitted,
[signature]
AMIR FATIR, pro se

# Certificate of Service

I, AMIR FATIR, hereby certify that I have served a true and correct cop(ies) of the attached: Motion for Dismissal of Counsel and Motion for Relief From Judgment upon the following parties/person (s):

TO: Marc P. Niedzielski
Deputy Attorney General
Department of Justice
820 N. French St.
Wilm., DE 19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 22nd day of June, 2005

Amir Fatir

I/M Amir Fatir
SBI# 137010  UNIT 21, DL10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
844 King St.
Wilmington, DE 19801

LEGAL MAIL

U.S.M.S. X-RAY

