OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Amir Fatir**
#121867
Arizona State Prison
P.O. Box 5000
Florence, AZ 85232
PRO SE

**Edward M. McNally**
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899

**Elizabeth A. Brown**
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899

**Gretchen A. Bender**
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899

**Carl C. Danberg**
Department of Justice
State of Delaware
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801

**Joseph S. Shannon**
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

**Marc P. Niedzielski**
Department of Justice
820 N. French St.
Wilmington, DE 19801

**Mary Page Bailey**
Department of Justice
820 N. French St., 6th floor
Wilmington, DE 19801
(302) 577-8400

**Ophelia Michelle Waters**
Department of Justice
State of Delaware
820 N. French Street, 8th Floor Carvel Office

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

RE:   Fatir v. Snyder, et al.
      CA 95-677 GMS

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, ***we would like counsel to claim the sealed documents mentioned in the Order by the 27th of July, 2005.*** Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

***If counsel does not claim the documents by the above date***, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

# Redacted Version of Docket Sheet

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:95-cv-00677-GMS
## Internal Use Only

Fatir v. Snyder, et al
Assigned to: Honorable Gregory M. Sleet
Demand: $56000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/31/1995
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Amir Fatir**

represented by **Amir Fatir**
#121867
Arizona State Prison
P.O. Box 5000
Florence, AZ 85232
PRO SE

**Edward M. McNally**
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email: emcnally@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Brown**
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
*TERMINATED: 06/27/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gretchen A. Bender**

Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
*TERMINATED: 03/12/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Warden Robert Snyder
*TERMINATED: 10/31/1995*

**Defendant**

Leo Boyle
*TERMINATED: 10/31/1995*

**Defendant**

Ronald Hosterman
*TERMINATED: 10/31/1995*

**Defendant**

Barry Hawlk
*TERMINATED: 10/31/1995*

**Defendant**

Larry McGwiggen
*TERMINATED: 10/31/1995*

**Defendant**

**David Dowdy**  represented by **Carl C. Danberg**
Department of Justice
State of Delaware
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801
(302) 577-8500
*TERMINATED: 01/21/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Shannon**
Marshall, Dennehey, Warner,
Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4300
Email: sshannon@mdwcg.com
*TERMINATED: 02/24/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc P. Niedzielski**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: marc.niedzielski@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Page Bailey**
Department of Justice
820 N. French St., 6th floor
Wilmington, DE 19801
(302) 577-8400
Fax: (302) 577-6630
Email: marypage.bailey@state.de.us
*TERMINATED: 09/01/2000*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ophelia Michelle Waters**
Department of Justice
State of Delaware
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801
(302) 577-8400
Email: ophelia.waters@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deedee Gullege**
*TERMINATED: 10/31/1995*

**Defendant**

**Charles Cunningham**
*TERMINATED: 10/31/1995*

**Defendant**

**Patrick Ryan**    represented by **Carl C. Danberg**
(See above for address)
*TERMINATED: 01/21/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Shannon**
(See above for address)
*TERMINATED: 02/24/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc P. Niedzielski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Mary Page Bailey**
        (See above for address)
        *TERMINATED: 09/01/2000*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Ophelia Michelle Waters**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Stanley Taylor**      represented by **Marc P. Niedzielski**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Mary Page Bailey**
        (See above for address)
        *TERMINATED: 09/01/2000*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Ophelia Michelle Waters**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Colleen Shotzberger**      represented by **Marc P. Niedzielski**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Mary Page Bailey**
        (See above for address)
        *TERMINATED: 09/01/2000*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

                                  **Ophelia Michelle Waters**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Carl C. Danberg**                          represented by **Marc P. Niedzielski**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                **Mary Page Bailey**
                                  (See above for address)
                                  *TERMINATED: 09/01/2000*
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                **Ophelia Michelle Waters**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Snyder**                           represented by **Joseph S. Shannon**
                                  (See above for address)
                                  *TERMINATED: 02/24/2000*
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                **Marc P. Niedzielski**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                **Mary Page Bailey**
                                  (See above for address)
                                  *TERMINATED: 09/01/2000*
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                    **Ophelia Michelle Waters**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Barry Hawlk**          represented by **Carl C. Danberg**
                    (See above for address)
                    *TERMINATED: 01/21/1997*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Joseph S. Shannon**
                    (See above for address)
                    *TERMINATED: 02/24/2000*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Marc P. Niedzielski**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Mary Page Bailey**
                    (See above for address)
                    *TERMINATED: 09/01/2000*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Ophelia Michelle Waters**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Larry McGwiggen**         represented by **Carl C. Danberg**
*Lawrence McGwiggen*                 (See above for address)
                    *TERMINATED: 01/21/1997*
                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joseph S. Shannon**
(See above for address)
*TERMINATED: 02/24/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc P. Niedzielski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Page Bailey**
(See above for address)
*TERMINATED: 09/01/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ophelia Michelle Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2001 | 102 | NOTICE by State Defts. of filing copy of the Department of Correction's Institutional File of pltf. [Sealed] (gp) (Entered: 05/29/2001 |
| 05/22/2001 | 103 | Letter from counsel for pltf. in response to State defts. request to file protective order re: Institutional File of pltf., and defts. request to depose pltf. attachments and proposed order regarding briefing on proposed motion for protective order [Sealed] (gp) Modified on 05/29/2001 (Entered: 05/29/2001) |
| 02/15/2002 | 135 | Appendix to Brief Filed by Amir Fatir Appending [134-1] answer brief [Sealed] (gp) (Entered: 02/21/2002) |