OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/27/05

Edward M. McNally
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899

RE:     **Fatir v. Snyder, et al**
        CA 95-677 GMS

Dear Counsel:

Pursuant to the Order entered on 6/30/05 by the Honorable Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS:      103, 135

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Beth Dinan_

I hereby acknowledge receipt of the above mentioned documents

on _7/22/05_

Signature _____ (Parcels)