OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/27/05

Marc P. Niedzielski
Department of Justice
820 N. French St.
Wilmington, DE 19801

2005 JUL 27 PM 12: 40

RE:     **Fatir v. Snyder, et al**
CA 95-677 GMS

Dear Counsel:

Pursuant to the Order entered on 6/30/05 by the Honorable Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS:        102

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on 7-27-05 .

_____
Signature