Amir Fatir #137010
D.C.C.
1181 Paddock Rd.
Smyrna, DE 19977
Dec. 5, 2005

Clerk
U.S. District Court
844 King St.
Wilm., DE 19801



Re: Masjid Muhammad-DCC v. Keve, et al.

Dear Sir:

I was a plaintiff in Masjid Muhammad-DCC v. Keve, 479 F. Supp. 1311. Pursuant to the Court's order I've used my muslim name without problem for over 25 years. Suddenly, DCC is trying to force me to use my slave name (Sterling Hobbs) in defiance of the ruling.

Please issue a new order prohibiting DCC from forcing my former name upon me or hold the Dept. of Correction in contempt of court.

Sincerely,
Amir Fatir