IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMIR FATIR, )
   Plaintiff, )
v. ) C.A. No. 95-677-GMS
ROBERT SNYDER, et al., )
   Defendants. )

NOTICE OF APPEAL

Notice is hereby given that Amir Fatir, plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Third Circuit from the final judgement entered in this action on November 16, 2005.

December 5, 2005

*Amir Fatir* (signature)

Amir Fatir #137010
Pro se
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

RECEIVED DEC 7 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE



I/M Amir Fatis
SBI# 137010  UNIT MNU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
United States District Court
844 King St.
Wilmington, DE 19801