UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 5-5339</u>

Fatir

vs.

Snyder, et al.

Amir Fatir #137010, Appellant

(Delaware District Civil No. 95-cv-00677)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*
Clerk

Date: January 25, 2006

cc:
    Amir Fatir #137010
    Carl C. Danberg, Esq.
    Marc P. Niedzielski, Esq.
    Mary P. Bailey, Esq.
    Ophelia M. Waters, Esq.
    Joseph S. Shannon, Esq.



A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk